AUSA: Nicholas McIntyre Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kenton Weston Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Joshua GOLDSBY

Case No.
Case: 2:26−mj−30516
Assigned To : Unassigned
Assign. Date : 8/26/2026
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 20, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 26, 2026

*Judge's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal

street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, dozens of MCDs, and over two hundred and thirty arrests.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including reviewing interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Joshua GOLDSBY (DOB: XX/XX/1995) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). Specifically, there is probable cause to believe that GOLDSBY, a convicted felon, possessed a loaded Smith & Wesson M&P 9mm pistol, on August 20, 2026 in the Eastern District of Michigan.

## PROBABLE CAUSE

### Prohibited Status

5. A search of the Law Enforcement Information Network (LEIN) revealed:

a. On September 16, 2016, in Michigan's 6th Circuit Court, GOLDSBY pleaded guilty to felony carjacking. He was sentenced to 27 months to 20 years of incarceration.

6. GOLDSBY is therefore a convicted felon. He has served more than one year of incarceration. I therefore believe that GOLDSBY knows that he has been convicted of a crime punishable by more than one year of incarceration.

**Possession of a Firearm**

7. On July 5, 2026, a female victim reported that she was assaulted and that someone stole her gun while she was at a house located at 14XXX Terry, in Detroit, Michigan. According to investigators, the victim said that several men, including R.J., L.G., and GOLDSBY assaulted her and stole her gun. R.J. was present at the house. He claimed that the victim was involved in an altercation with a group of females who had left the residence. R.J. admitted that he wrestled the victim's gun away from her, claiming that she was drunk and he was trying to ensure the safety of people at the house.

8. On August 20, 2026, Detroit Police Department (DPD) officers searched 14XXX Terry as part of their investigation into the alleged aggravated assault. Before executing the search warrant, the officers conducted surveillance in the area of the house. One of the officers saw a male, later identified as GOLDSBY, exit 14XXX Terry, walk to and enter a black GMC Yukon parked in front of the

residence. Moments later, a black Jeep Wrangler parked behind the Yukon. Soon after, GOLDSBY was observed exiting the Yukon, entering the residence, walking out with a TV, loading the TV into the Yukon. The officer also saw GOLDSBY hand a pistol to the driver of the Jeep, L.G.

9. Approximately 45 minutes later, additional DPD officers arrived at 14XXX Terry to execute the search warrant. When the additional DPD officers arrived, GOLDSBY was immediately located standing on the driver's side of the Yukon. A DPD officer detained GOLDSBY in handcuffs. The officer conducted a pat down of GOLDSBY, who was wearing two pairs of pants. The officer located a loaded Smith & Wesson M&P 9mm pistol from his interior right pants pocket.

10. Almost simultaneously, DPD officers gave L.G. commands to exit the Jeep. L.G. was observed reaching down towards the floorboard of the vehicle as he exited the vehicle. L.G. was detained in handcuffs and DPD recovered a loaded Glock 26 pistol from underneath the driver's seat of the Jeep.

11. Once GOLDSBY and L.G. were secured, DPD officers entered the residence and identified that no other individuals were inside. DPD recovered in the living room a piece of mail addressed to GOLDSBY but to a separate address and six additional firearms and ammunition throughout the residence. GOLDSBY and L.G. were arrested and transported to the Detroit Detention Center.

## NEXUS

12. On August 24, 2026, I provided ATF Interstate Nexus expert Kara Klupacs a verbal description of the recovered firearm. Based on Special Agent Klupacs' training and experience, the Smith & Wesson M&P 9mm pistol was manufactured outside the state of Michigan and is a firearm as defined under 18 U.S.C. § 921(a)(3). Thus, the firearm had traveled in and affected interstate or foreign commerce.

## CONCLUSION

13. There is probable cause to believe that Joshua GOLDSBY knowingly committed violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm) within the Eastern District of Michigan on August 20, 2026.

Respectfully submitted,

Kenton Weston, Special Agent

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. Kimberly G. Altman
United States Magistrate Judge
Dated: August 26, 2026